JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| HIRAM BRINSON, | CASE NO. ED CV 14-1606-VBF (PJW) |
|---|---|
| Petitioner, | |
| v. | J U D G M E N T |
| K. HOLLAND, WARDEN, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  <u>June 16, 2017</u>.

*Valerie Baker Fairbank*
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

K:\Users\ychung\Desktop\Work Product\14-1606 Judgment re Brinson.wpd